## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHERI CLEARWATER, derivatively on behalf of U.S. BANCORP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW CECERE, TERRY DOLAN, JODI RICHARD, KATHERINE QUINN, WARNER L. BAXTER, DOROTHY J. BRIDGES, ELIZABETH L. BUSE, KIMBERLY N. ELLISON-TAYLOR, KIMBERLY J. HARRIS, ROLAND A. HERNANDEZ, RICHARD P. MCKENNEY, YUSUF I. MEHDI, JOHN P. WIEHOFF and SCOTT W. WINE,<br><br>　　　　　Defendants,<br><br>　　and<br><br>U.S. BANCORP,<br><br>　　　　　Nominal Defendant. | No. 1:24-cv-00241-JPC |

### [PROPOSED] STIPULATED ORDER ON TRANSFER, WAIVER OF SERVICE AND RESPONSE DEADLINE

WHEREAS, Plaintiff Cheri Clearwater initiated this action by filing her Complaint in this Court on January 11, 2024;

WHEREAS, the Complaint was served on Nominal Defendant U.S. Bancorp through its registered agent in Delaware on or about January 12, 2024;

WHEREAS, the Complaint has not yet been served on any of the individual Defendants;

WHEREAS, the parties agree that venue for this action is proper in the District of

Delaware;

WHEREAS, the parties wish to enter into a Stipulated Order governing (i) the transfer of this action to the United States District Court for the District of Delaware, (ii) the acceptance of service of the Complaint by the individual Defendants, and (iii) the time for all of the Defendants in this action to respond to the Complaint;

NOW, THEREFORE, IT IS ORDERED that, pursuant to 28 U.S.C. § 1404(a), the action be, and hereby is, transferred to the United States District Court for the District of Delaware; and

IT IS FURTHER AGREED that the individual Defendants waive formal service of process of the Complaint upon any of them; and

IT IS FURTHER AGREED that all Defendants shall have sixty (60) days to move to stay, move to dismiss or otherwise respond to the Complaint following the date of the transfer of the action to the United States District Court for the District of Delaware; and

IT IS FURTHER AGREED that Defendants do not waive any of their defenses and objections to the lawsuit, all of which are expressly preserved.

Dated: January 25, 2024

| | |
|---|---|
| **THE BROWN LAW FIRM, P.C.** | **JONES DAY** |
| Timothy Brown | Nidhi (Nina) Yadava |
| Saadia Hashmi | Nicholas Walter |
| 767 Third Avenue, Suite 2501 | Jules Cantor |
| New York, NY 10017 | Max Dvorak |
| Tel: (516) 922-5427 | 250 Vesey Street |
| Email: tbrown@thebrownlawfirm.net | New York, NY 12801 |
| | Tel: (212) 326-3939 |
| **BRONSTEIN, GEWIRTZ &** | Email: nyadava@jonesday.com |
| **GROSSMAN, LLC** | |
| | *Attorneys for Defendants* |
| Peretz Bronstein | |
| Eitan Kimelman | |
| 60 East 42nd Street, Suite 4600 | |
| New York, NY 10165 | |
| Tel: (212) 697-6484 | |

*Attorneys for Plaintiff*

**SO ORDERED:**

_____
Hon. John P. Cronan, United States District Judge

Dated:  January 29 , 2024